DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CENTER PORT WAREHOUSE CONDOMINIUM ASSOCIATION, INC.,**
Appellant,

v.

**CENTER PORT BUSINESS PARK OWNERS ASSOCIATION, INC.** and
**CENTER PORT PARTNERS, LLC,**
Appellees.

No. 4D2022-2466

[December 7, 2023]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Betsy Benson, Judge; L.T. Case No. COCE19018532.

Thomas L. Abrams of Gamberg & Abrams, Fort Lauderdale, for appellant.

Richard J. Zaden, John P. Seiler, and Jonathan B. Lewis of the Law Offices of Seiler, Sautter, Zaden, Rimes & Wahlbrink, Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., FORST and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***